UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>          vs.<br><br>ALEJANDRO VERDUZCO-RANGEL,<br><br>                      Defendant. | CASE NO. 14-cr-03372-GPC-GT<br><br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Indictment/Information:

     8:1326(a),(b) - Attempted Reentry of Removed Alien (Felony)

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/27/15

Nita L. Stormes
U.S. Magistrate Judge

FILED
JAN 2 7 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY